IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                           No. CIV S-06-0220 WBS PAN (GGH) PS

    vs.

THEODORE VICTOR ROY,                      ORDER

    Defendant.

_____/

        The hearing on plaintiff's motion for summary judgment, presently scheduled for hearing on June 1, 2006 before Magistrate Judge John F. Moulds, is hereby vacated.  Plaintiff's motion and defendant's petition to dismiss are submitted on the papers for consideration by the undersigned magistrate judge pursuant to the pending reassignment of this case to the undersigned.

DATED: 5/26/06                                      /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U. S. MAGISTRATE JUDGE

NOW: 06:ROY.reschedule.wpd