IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              CIV-S-06-0220 WBS EFB PS

    vs.

THEODORE VICTOR ROY,

    Defendant.                             <u>ORDER</u>

_____/

        On January 18, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 18, 2007, are ADOPTED;

2. Plaintiff's motion for summary judgment filed May 1, 2006, is granted;

3. UCC Financing Statement, Document Number 05-7039780251, filed by defendant on August 31, 2005, is adjudged and declared null, void and without legal effect;

4. Leave is granted for plaintiff to file the judgment and order of this court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to UCC Financing Statement, Document Number 05-7039780251, have, or may have, been filed by defendant;

5. Defendant Theodore V. Roy, his agents, employees and any other participants, are permanently enjoined from filing or attempting to file any document or instrument which purports to create any non-consensual lien or encumbrance against the person or property of any employee or officer of the United States;

6. Plaintiff is awarded reasonable attorney's in the amount of $3,528.00; and,

7. Defendant's "petitions to dismiss" filed on April 7, 2006 and April 24, 2006, are denied.

DATED: February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE